UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO. 2:11-CR-20291

HON. ROBERT H. CLELAND

JASMINE WHITMORE, D-1

    Defendants.

_____/

## ORDER REVOKING DEFENDANT'S BOND
## AND ISSUING BENCH WARRANT

On April 27, 2011, Defendant was arrested in the Eastern District of Michigan on a misdemeanor Information issued in the Eastern District of North Carolina. The Information charges the defendant with operating a motor vehicle while under the influence of alcohol on the Marine Corps Base at Camp Lejeune, North Carolina, in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

Defendant was temporarily detention in the Eastern District of Michigan. On May 4, 2011, Defendant was released on a $10,000 unsecured bond. The case was transferred to the Eastern District of Michigan, pursuant to Fed. R. Crim. P. 20, for entry of a guilty plea. The case was transferred, and a plea hearing was set for June 28, 2011. Defendant failed to appear for the plea hearing. Defense counsel was given one week to attempt to locate the defendant. On July 6, 2011, defense counsel reported that he had been unsuccessful in locating his client.

Now, therefore,

IT IS HEREBY ORDERED that the defendant's bond is hereby revoked, and a warrant shall issue for her arrest.

Dated: JUL 07 2011

HON. ROBERT H. CLELAND
United States District Judge
"Acting in the absence of
Judge Robert H. Cleland"

"Acting in the absence of
Judge Robert H. Cleland"

Dated: JUL 07 2011